UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE MAESTRI,

    Plaintiff,

-VS-                      CASE NO.:

CREDIT ONE BANK, N.A.,

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, Jose Maestri, by and through the undersigned counsel, and sues

Defendant, Credit One Bank, N.A. (hereinafter "Credit One"), and in support thereof respectfully

alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA")

and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq*. ("FCCPA").

## INTRODUCTION

1.     The TCPA was enacted to prevent companies like Credit One from invading

American citizen's privacy and prevent abusive "robo-calls."

2.     "The TCPA is designed to protect individual consumers from receiving intrusive

and unwanted telephone calls." *Mims v. Arrow Fin. Servs., LLC*, -US--, 132 S.Ct., 740, 745, 181,

L.Ed. 2d 881 (2012).

3.     "Senator Hollings, the TCPA's sponsor, described these calls as 'the **\*1256**

scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at

night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone

out of the wall.'" 137 Cong. Rec. 30, 821 (1991). Senator Hollings presumably intended to give

1

telephone subscribers another option: telling the autodialers to simply stop calling." *Osorio v. State Farm Bank, F.S.B.*, 746 F. 3d 1242 (11th Cir. 2014).

    4.       According to the Federal Communications Commission (FCC), "Unwanted calls and texts are the number one complaint to the FCC. There are thousands of complaints to the FCC every month on both telemarketing and robocalls. The FCC received more than 215,000 TCPA complaints in 2014." <u>Fact Sheet:  Wheeler Proposal to Protect and Empower Consumers Against Unwanted Robocalls, Texts to Wireless Phones</u>, Federal Communications Commission, (May 27, 2015), <u>http://transition.fcc.gov/Daily_Releases/Daily_Business/2015/db0527/DOC-333676A1.pdf</u>.

## JURISDICTION AND VENUE

    5.       This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney fees and costs.

    6.       Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

    7.       The alleged violations described in the Complaint occurred in Hillsborough County, Florida.

## FACTUAL ALLEGATIONS

    8.       Plaintiff is a natural person, and citizen of the State of Florida, residing in Hillsborough County, Florida

    9.       Plaintiff is a "consumer" as defined in Florida Statute § 559.55(8).

    10.     Plaintiff is an "alleged debtor."

    11.     Plaintiff is the "called party." See *Breslow v. Wells Fargo Bank, N.A.*, 755 F. 3d 1265 (11th Cir. 2014) and *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. 2014).

12.     Defendant, Credit One, is a federally insured bank with its principal place of business located at 585 Pilot Rd., Las Vegas, NV 89119.

13.     The debt that is the subject matter of this Complaint is a "consumer debt" as defined by Florida Statute §559.55(6).

14.     Credit One called Plaintiff approximately eight hundred (800) times since December 1, 2014, in an attempt to collect a debt.

15.     Credit One attempted to collect a debt from Plaintiff by this campaign of telephone calls.

16.     Credit One intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day and on back to back days, with such frequency as can reasonably be expected to harass.

17.     Upon information and belief, some or all of the calls Credit One made to Plaintiff's cellular telephone number were made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator (including but not limited to a predictive dialer) or an artificial or prerecorded voice; and to dial such numbers as specified by 47 U.S.C § 227(a)(1) (hereinafter "autodialer calls"). Plaintiff will testify that he knew it was an autodialer because of the vast number of calls he received and because he heard a pause when he answered his phone before a voice came on the line.

18.     Beginning on or about December 1, 2014, Credit One began bombarding Plaintiff's cellular telephone (***) ***-4538, in an attempt to collect a debt over an outstanding credit card balance.

19.     On or about January, 2015, plaintiff answered a call from Credit One and informed Credit One's agent that he had no money at the moment to pay on the account and to

please stop calling him. Credit One's agent responded that if he did not pay his debt then Credit One would place it on his credit report and pursue Plaintiff through their attorneys.

20.     On or about February 12, 2016, Plaintiff answered and spoke to agent of Credit One known only as "Jamie." Plaintiff instructed Jamie that he wished for Credit One to stop calling him, to which Jamie tried explaining to Plaintiff that he was calling to collect a debt. Plaintiff reiterated that he wanted the calls to stop.

21.     On at least three (3) other occasions Plaintiff would answer and speak to agents of Credit One and inform them that he had no money and to stop calling one, during one said occasion, upon a Credit One agent pushing for payment, Plaintiff asked Credit One if they wanted Plaintiff to take food off his table in order to pay Credit One.

22.     Despite Plaintiff's requests, Credit One chose to continue its onslaught of automated calls to Plaintiff's cellular telephone.

23.     Due to the length of time he was receiving calls from Credit One, as well as the volume of said calls, Plaintiff was unable to catalogue each and every call received, however attached hereto as Exhibit "1" is a small sampling of the automated calls Credit One subject Plaintiff to.

24.     Credit One has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as it did to Plaintiff's cellular telephone in this case.

25.     Credit One has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice just as it did to Plaintiff's cellular telephone in this case, with no way for the Plaintiff or Credit one to remove the number.

26.     Credit One's corporate policy is structured so as to continue to call individuals like Plaintiff, despite these individuals explaining to Credit One they wish for the calls to cease.

4

27.     Credit One has numerous other federal lawsuits pending against it alleging similar violations as stated in this Complaint.

28.     Credit One has had numerous complaints from consumers across the country against it asking to not be called, however, Defendant continues to call the consumers.

29.     Credit One's corporate policy provided no means for Plaintiff to have his number removed from the call list.

30.     Credit One has a corporate policy to harass and abuse individuals despite actual knowledge the called parties do not wish to be called.

31.     Not a single call placed by Credit One to Plaintiff were placed for "emergency purposes" as specified in 47 U.S.C. § 227(b)(1)(A).

32.     Credit One willfully and/or knowingly violated the TCPA with respect to Plaintiff.

## COUNT I
### (Violation of the TCPA)

33.     Plaintiff incorporates above Paragraphs one (1) through thirty-two (32) herein.

34.     Defendant willfully violated the TCPA with respect to Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Plaintiff wished for the calls to stop.

35.     Credit One repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Credit One for statutory damages, punitive damages, actual damages, treble

damages, costs, interest, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

## COUNT II
### (Violation of the FCCPA)

36.     Plaintiff incorporates above Paragraphs one (1) through thirty-two (32) herein.

37.     At all times relevant to this action Credit One is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

38.     Credit One has violated Florida Statute § 559.72(7) by willfully communicating with the debtor or any member of his or her family with such frequency as can reasonably be expected to harass the debtor or his or her family.

39.     Credit One has violated Florida Statute § 559.72(7) by willfully engaging in other conduct which can reasonably be expected to abuse or harass the debtor or any member of his or her family.

40.     Credit One's actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute § 559.77.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Credit One for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

_____

Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
TGomez@forthepeople.com
Florida Bar #:
Attorney for Plaintiff

## JOSE MAESTRI PARTIAL CALL LOG

|    | Date of Call | Time of Call | Dialing Telephone Number |
|----|--------------|--------------|--------------------------|
| 1  | 06-12-15     | 4:10 PM      | 888-338-3804             |
| 2  | 06-13-15     | 12:01 PM     | 888-338-3804             |
| 3  | 06-13-15     | 2:29 PM      | 888-338-3804             |
| 4  | 06-13-15     | 3:48 PM      | 888-338-3804             |
| 5  | 06-15-15     | 8:37 AM      | 888-338-3804             |
| 6  | 06-15-15     | 9:23 AM      | 888-338-3804             |
| 7  | 06-15-15     | 12:19 PM     | 888-338-3804             |
| 8  | 06-15-15     | 4:35 PM      | 888-338-3804             |
| 9  | 06-15-15     | 6:47 PM      | 888-338-3804             |
| 10 | 06-16-15     | 9:17 AM      | 888-338-3804             |
| 11 | 06-16-15     | 11:29 AM     | 888-338-3804             |
| 12 | 06-16-15     | 1:40 PM      | 888-338-3804             |
| 13 | 06-16-15     | 2:26 PM      | 888-338-3804             |
| 14 | 06-16-15     | 3:32 PM      | 888-338-3804             |
| 15 | 06-16-15     | 4:18 PM      | 888-338-3804             |
| 16 | 06-17-15     | 8:27 AM      | 888-338-3804             |
| 17 | 06-17-15     | 9:14 AM      | 888-338-3804             |
| 18 | 06-17-15     | 11:41 AM     | 888-338-3804             |
| 19 | 06-17-15     | 1:25 PM      | 888-338-3804             |
| 20 | 06-17-15     | 3:01 PM      | 888-338-3804             |
| 21 | 06-18-15     | 8:58 AM      | 888-338-3804             |
| 22 | 06-18-15     | 10:06 AM     | 888-338-3804             |
| 23 | 06-18-15     | 11:44 AM     | 888-338-3804             |
| 24 | 06-18-15     | 1:10 PM      | 888-338-3804             |
| 25 | 06-18-15     | 2:26 PM      | 888-338-3804             |
| 26 | 06-18-15     | 3:35 PM      | 888-338-3804             |
| 27 | 06-19-15     | 8:21 AM      | 888-338-3804             |
| 28 | 06-19-15     | 9:11 AM      | 888-338-3804             |
| 29 | 06-19-15     | 10:57 AM     | 888-338-3804             |
| 30 | 06-19-15     | 11:46 AM     | 888-338-3804             |
| 31 | 06-19-15     | 1:52 PM      | 888-338-3804             |
| 32 | 06-19-15     | 3:19 PM      | 888-338-3804             |
| 33 | 06-20-15     | 8:25 AM      | 888-338-3804             |
| 34 | 06-20-15     | 9:13 AM      | 888-338-3804             |
| 35 | 06-20-15     | 11:26 AM     | 888-338-3804             |
| 36 | 06-20-15     | 12:13 PM     | 888-338-3804             |
| 37 | 06-21-15     | 2:26 PM      | 888-338-3804             |
| 38 | 06-22-15     | 8:47 AM      | 888-338-3804             |
| 39 | 06-22-15     | 12:06 PM     | 888-338-3804             |
| 40 | 06-22-15     | 1:00 PM      | 888-338-3804             |
| 41 | 06-22-15     | 3:40 PM      | 888-338-3804             |
| 42 | 06-22-15     | 6:55 PM      | 888-338-3804             |
| 43 | 06-23-15     | 9:21 AM      | 888-338-3804             |



EXHIBIT
1

| 44 | 06-23-15 | 11:33 AM | 888-338-3804 |
| 45 | 06-23-15 | 1:56 PM | 888-338-3804 |
| 46 | 06-23-15 | 2:42 PM | 888-338-3804 |
| 47 | 06-23-15 | 4:00 PM | 888-338-3804 |
| 48 | 06-23-15 | 4:53 PM | 888-338-3804 |
| 49 | 06-24-15 | 8:26 AM | 888-338-3804 |
| 50 | 06-24-15 | 10:09 AM | 888-338-3804 |
| 51 | 06-24-15 | 11:48 AM | 888-338-3804 |
| 52 | 06-24-15 | 12:35 PM | 888-338-3804 |
| 53 | 06-24-15 | 1:56 PM | 888-338-3804 |
| 54 | 06-24-15 | 2:42 PM | 888-338-3804 |
| 55 | 06-24-15 | 3:37 PM | 888-338-3804 |
| 56 | 06-25-15 | 8:59 AM | 888-338-3804 |
| 57 | 06-25-15 | 11:22 AM | 888-338-3804 |
| 58 | 06-25-15 | 1:03 PM | 888-338-3804 |
| 59 | 06-25-15 | 2:48 PM | 888-338-3804 |
| 60 | 06-25-15 | 4:26 PM | 888-338-3804 |