UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE MAESTRI,

    Plaintiff,

v.                                       CASE NO. 8:16-cv-864-T-23TGW

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

**ORDER**

In accord with the parties' stipulation (Doc. 16), the action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 23, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE